**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

_____
                                    :
JAVIER TAVARES,                     :
                                    :   Civil Action No. 09-6042 (RBK)
            Petitioner,             :
                                    :
      v.                            :        **O R D E R**
                                    :         (CLOSED)
UNITED STATES OF AMERICA,           :
                                    :
            Respondent.             :
_____ :

    For the reasons set forth in this Court's Opinion filed herewith;

    IT IS ON THIS   22nd   day of   April  , 2010;

    ORDERED that the Petition for a Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, is dismissed without prejudice to the filing of a petition under 28 U.S.C. § 2254 after exhaustion of available state court remedies; and it is further

    ORDERED that the Clerk shall serve copies of this Order and the accompanying Opinion by regular mail upon Petitioner, and shall close the file.

                                           s/Robert B. Kugler
                                           ROBERT B. KUGLER
                                           United States District Judge